FILED
December 22, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003161174

EDDIE R. JIMENEZ (CA SBN 231239)
HIEU T. PHAM (CA SBN 265146)
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for WELLS FARGO BANK, NA

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA - MODESTO DIVISION

| | |
|---|---|
| In re<br><br>RYNE A CONDER AND ELSA R CONDER,<br><br>    Debtor(s). | Case No. 10-94527<br><br>Chapter 7<br><br>D.C. No. PD-1<br><br>DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY<br>(11 U.S.C. § 362 and Bankruptcy Rule 4001) |
| WELLS FARGO BANK, NA,<br><br>    Movant,<br><br>vs.<br><br>RYNE A CONDER AND ELSA R CONDER, Debtor(s); GARY FARRAR, Chapter 7 Trustee,<br><br>    Respondents. | LBR 4001-1 and 9014-1(f)(1)<br><br>DATE:    February 9, 2011<br>TIME:    10:00 a.m.<br>DEPT:    E<br><br>1200 I Street, Suite 4<br>Modesto, CA 95354 |

I, Teresa Diaz-Cochran, declare:

1) I am employed as a VP Loan Documentation by Wells Fargo Home Mortgage, Inc., a division of Wells Fargo Bank, N.A. ("Movant"). I have personal knowledge of the matters set forth in this declaration and, if called upon to testify, I could and would competently testify thereto. I am over 18 years of age. I have knowledge regarding Movant's interest in the real property that is the subject of this Motion.

- 1 -

2)  I am familiar with the manner and procedures by which Movant's business records are obtained, prepared, and maintained. Those records are obtained, prepared, and maintained by Movant's employees or agents in the performance of their regular business duties at or near the time, and conditions, and/or events recorded thereon. The records are made either by persons with knowledge of the matters they record or from information obtained by persons with such knowledge. I have knowledge and/or access to Movant's business records regarding the Note and Deed of Trust that are the subject of this action and have personally reviewed these business records prior to executing this declaration.

3)  On or about October 28, 2005, Ryne A. Conder and Elsa R. Conder ("Debtors"), for valuable consideration, made, executed and delivered to Movant a Note in the principal sum of $250,000.00 (the "Note"). Pursuant to the Note, Debtors are obligated to make monthly principal and interest payments commencing December 1, 2005, and continuing until November 1, 2035, when all outstanding amounts are due and payable. The Note provides that, in the event of default, the holder of the Note has the option of declaring all unpaid sums immediately due and payable. A copy of the Note is attached to the concurrently served and filed Exhibits to the Declaration in Support of Motion for Relief From Automatic Stay ("Exhibits") as exhibit A and incorporated herein by reference.

4)  On or about October 28, 2005, the Debtors made, executed and delivered to Movant a Deed of Trust (the "Deed of Trust") granting Movant a security interest in real property commonly described as 13207 Rivercrest Drive, Waterford, CA 95386 (the "Real Property"), which is more fully described in the Deed of Trust. The Deed of Trust provides that attorneys' fees and costs incurred as a result of the Debtors' bankruptcy case may be included in the outstanding balance under the Note. The Deed of Trust was recorded on November 4, 2005, in the Official Records of Stanislaus County, State of California. A copy of the Deed of Trust is attached to the Exhibits as exhibit B and incorporated herein by reference.

5)  The obligation under the Note is in default as of November 1, 2010, for failure to make payments to Movant. As of December 8, 2010, the total obligation due and owing under the

/././

Note is in the approximate amount of $234,236.47, representing the principal balance of $232,251.66, interest in the sum of $2,481.85, late charges in the amount of $72.95, and less an escrow balance in the amount of $569.99. This is an approximate amount for purposes of this Motion only, and should not be relied upon as such to pay off the subject loan as interest and additional advances may come due subsequent to the filing of the Motion. An exact payoff amount can be obtained by contacting Movant's counsel. Further, Movant has incurred additional post-petition attorneys' fees and costs in bringing the instant Motion. Moreover, the total arrears under the Note are in the approximate sum of $3,709.67, excluding the post-petition attorneys' fees and costs incurred in filing the instant Motion.

6) I am informed and believe that, based on the Debtors' bankruptcy Schedules and Statements, the fair market value of the Property is approximately $210,000.00. True and correct copies of the Debtors' bankruptcy Schedules "A" and "D" are collectively attached to the Exhibits as exhibit C and incorporated herein by reference.

7) Based on the above, Movant maintains that the equity in the Property is as follows:

| | |
|---|---|
| Fair Market Value: | $210,000.00 |
| Less: | |
| Movant's Trust Deed | $234,236.47 |
| Wells Fargo Home Mortgage's Second Mortgage | $92,290.00 |
| Costs of Sale (8%) | $16,800.00 |
| Equity in the Property: | $<133,326.47> |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this _16_ day of _12_, 2010, at Fort Mill, South Carolina.

_____
Teresa Diaz-Cochran
VP Loan Documentation

- 3 -

000014-1220173187-M                                                                                            10-94527