
FILED
January 20, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003223663

THE SUNTAG LAW FIRM
A Professional Corporation
DANA A. SUNTAG (California State Bar No. 125127)
LORIS L. BAKKEN (California State Bar No. 215033)
The Kress Building
20 North Sutter Street, Fourth Floor
Stockton, California 95202
Telephone: (209) 943-2004
Facsimile: (209) 943-0905

Proposed Attorneys for Chapter 7 Trustee
GARY R. FARRAR

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

IN RE: ) NO: 10-94527-E-7
)
) DC No.: SLF 1
)
RYNE A. CONDER and ELSA R. CONDER, )
) DECLARATION OF DANA A. SUNTAG
) IN SUPPORT OF APPLICATION FOR
) ORDER AUTHORIZING EMPLOYMENT
Debtors. ) OF THE SUNTAG LAW FIRM AS
) ATTORNEYS FOR CHAPTER 7
) TRUSTEE
_____)

I, DANA A. SUNTAG, declare:

1. I am an attorney admitted to practice law in California and before this Court and am a member of The Suntag Law Firm ("Suntag"), a Professional Corporation. The Trustee has proposed to employ Suntag in this case. If called as a witness, I could and would testify competently to the facts contained in this Declaration.

2. The members and employees of Suntag are active members of the California Bar, admitted to practice before the Court (with respect to the attorneys); have no connection with the debtors, creditors, or any other party in interest or their attorneys or accountants, the United States Trustee, or any person employed in the Office of the United

DECLARATION OF DANA A. SUNTAG
IN SUPPORT OF APPLICATION FOR            1
AUTHORIZATION TO EMPLOY COUNSEL
FOR CHAPTER 7 TRUSTEE

States Trustee; do not represent any interest adverse to the proper representation of the Trustee; and are disinterested parties.

    3.    Suntag represents and expects to continue to represent the Trustee in other bankruptcy cases.

    4.    Suntag intends to apply to the Court for a reasonable fee, the request to be made based on the normal hourly rates of its professionals, which rates are adjusted from time to time. It is contemplated that the primary work will be performed by the following parties at the following rates, effective this year:

| Attorneys | Hourly Rate |
| --- | --- |
| Dana A. Suntag | $295 |
| Loris L. Bakken | $275 |
| Zoey P. Merrill | $225 |

The rates of the professionals at Suntag are subject to change on an annual basis, on notice to the Trustee.

    5.    Suntag seeks to be employed effective as of December 21, 2010.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 20, 2011, at Stockton, California.

                                            /s/ Dana A. Suntag
                                            DANA A. SUNTAG

DECLARATION OF DANA A. SUNTAG
IN SUPPORT OF APPLICATION FOR     2
AUTHORIZATION TO EMPLOY COUNSEL
FOR CHAPTER 7 TRUSTEE